IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN DESMARAIS, #2314327,<br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>　　　　　Defendant. | No. 3:23-CV-0662-D |

**ORDER**

The United States Magistrate Judge filed findings, conclusions, and a recommendation in this case on March 31, 2023. Plaintiff has not filed objections. Accordingly, following plain error review, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

May 9, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE